```
                   UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION

IN RE:   LESTER L. CABE AND         {  CHAPTER 13
         RITA T. CABE,              {
                                    {
         DEBTOR(S)                  {  CASE NO. R19-40483-BEM
```

**WITHDRAWAL OF TRUSTEE'S SUPPLEMENTAL REPORT**

COMES NOW MARY IDA TOWNSON, TRUSTEE, and withdraws the Trustee's Supplemental Report heretofore filed by the Trustee docket #23.

```
                           _____/s_____
                           Sonya M. Buckley, Esq.
                           for Chapter 13 Trustee
                           GA. Bar No. 140987
```

R19-40483-BEM

**CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

```
LESTER L. CABE                   RITA T. CABE
130 HALE MOUNTAIN COURT          30 HALE MOUNTAIN COURT
HIRAM, GA 30141                  HIRAM, GA 30141
```

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

HICKS HILL

This 25TH day of October, 2019

```
        ____/s/_____
Sonya B. Gordon, Esq.
Standing Chapter 13 Trustee
GA Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, GA 30303
404-525-1110
sonyab@atlch13tt.com